# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RUBBY JAMES GRAY**                                          **PLAINTIFF**

**v.**              **CASE NO. 3:17-CV-00323 BSM**

**KEITH BOWERS, et al.**                                     **DEFENDANTS**

## ORDER

The proposed findings and partial recommendation [Doc. No. 11] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been submitted. After careful review of the record, the proposed findings and partial recommendation are adopted in their entirety. Accordingly, Gray's claims against defendants Keith Bowers, T. Harrel, and Art Bentley may proceed. All other claims are dismissed without prejudice, and defendant K. Black is dismissed. It is certified that an *in forma pauperis* appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of March 2018.

                                                                                _____
                                                                                  UNITED STATES DISTRICT JUDGE