# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                                         **PLAINTIFF**

**v.**                  **No: 3:17-cv-00323 BSM-PSH**

**KEITH BOWERS,** *et al.*                                                            **DEFENDANTS**

## ORDER

Plaintiff moves for a status update and requests that a hearing be scheduled in this case (Doc. No. 58). There is no need for a hearing at this time. The Court will rule on defendants' pending motions for summary judgment in due course.

IT IS SO ORDERED this 27th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE