# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RUBBY JAMES GRAY**                                           **PLAINTIFF**

**v.**                  No: 3:17-cv-00323 BSM-PSH

**KEITH BOWERS,** *et al.*                                 **DEFENDANTS**

## ORDER

Plaintiff moves for a status update and requests that a hearing be scheduled in this case (Doc. No. 63). There is no need for a hearing at this time. The Court will enter a recommendation on defendants' pending motions for summary judgment in due course.

Plaintiff's motion for counsel is DENIED. A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 28 U.S.C. § 1915(e)(1). The Court has considered Plaintiff's need for an attorney, the likelihood that Plaintiff will benefit from assistance of counsel, the factual complexity of the case, the Plaintiff's ability to investigate and present his case, and the complexity of the legal issues. In considering these factors, the Court finds that Plaintiff's claims do not appear legally or factually complex, and it appears he is capable of prosecuting his claims without appointed counsel at this time. Counsel will be appointed at the direction of the Court when and if it is deemed necessary.

IT IS SO ORDERED this 6th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE