# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RUBBY JAMES GRAY**                                              **PLAINTIFF**

**v.**                       **CASE NO. 3:17-CV-00323 BSM**

**KEITH BOWERS, Jail Administrator,**
**Craighead County Jail,** *et al.*                              **DEFENDANTS**

## ORDER

Rubby James Gray's motion for status update [Doc. No. 68] is granted. The clerk is directed to send Gray a copy of the docket sheet, along with a copy of this order and Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc. No. 67].

IT IS SO ORDERED this 26th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE