IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                               **PLAINTIFF**

v.                     **CASE NO. 3:17-CV-00323 BSM**

**KEITH BOWERS, Jail Administrator,**
**Craighead County Jail,** *et al.*                                          **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge Patricia S. Harris's findings and recommendations [Doc. No. 67] are adopted. Rubby James Gray's case is dismissed without prejudice, and defendants' motions for summary judgment [Doc. Nos. 43, 51] are denied as moot.

IT IS SO ORDERED this 17th day of July 2019.

                                                                                                  _____
                                                                                               UNITED STATES DISTRICT JUDGE