IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RUBBY JAMES GRAY**     **PLAINTIFF**

**v.**     **CASE NO. 3:17-CV-00323 BSM**

**KEITH BOWERS, Jail Administrator,**
**Craighead County Jail,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE